**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| OURARING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ULTRAHUMAN HEALTHCARE LLC and SVTRONICS, INC.,<br><br>Defendants. | Civil Action No. 2:25-CV-00928-JRG<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF OURARING, INC.'S ANSWER TO
ULTRAHUMAN HEALTHCARE LLC AND SVTRONICS, INC.'S COUNTERCLAIMS
AND OURARING, INC.'S COUNTERCLAIMS**

Plaintiff and Counterclaim Defendant Ouraring, Inc. ("Oura"), by and through its undersigned counsel, hereby answers the Counterclaims (Dkt. No. 28) of Defendants Ultrahuman Healthcare LLC ("Ultrahuman") and SVTronics, Inc. ("SVTronics") (collectively, "Counterclaim-Plaintiffs") as follows.

Out of an abundance of caution, Oura denies each and every allegation of fact contained within Ultrahuman and SVTronics's affirmative defenses. In so denying, Oura does not admit and expressly denies the existence of any pleading requirement under the Federal Rules of Civil Procedure to respond to such affirmative defenses.

**COUNTERCLAIM-PLAINTIFFS' COUNTERCLAIMS FOR DECLARATORY RELIEF**

**PARTIES**[1]

1. Oura is without knowledge or information sufficient to form a belief as to the truth

[1] Headings are included for convenience only and are not an admission.

of the allegations in Paragraph 1 of Counterclaim-Plaintiffs' Counterclaims and, on that basis, denies all such allegations.

2. Oura is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2 of Counterclaim-Plaintiffs' Counterclaims and, on that basis, denies all such allegations.

3. Oura admits the allegations in Paragraph 3 of Counterclaim-Plaintiffs' Counterclaims.

4. Oura admits the allegations in Paragraph 4 of Counterclaim-Plaintiffs' Counterclaims.

5. Oura admits that it is involved in the design, manufacture, use, import, offering for sale and/or sales of certain smart ring devices and associated software and/or cloud services, including the Oura Ring 4 and Oura Ring 4 Ceramic, and associated software. Except as expressly admitted, Oura denies any and all remaining allegations in Paragraph 5.

6. Oura admits the allegations in Paragraph 6 of Counterclaim-Plaintiffs' Counterclaims.

## NATURE OF THE ACTION

7. Oura incorporates Paragraphs 1-6 above by reference.

8. Oura admits that certain of Counterclaim-Plaintiff Ultrahuman's counterclaims purport to bring an action for patent infringement under the patent laws of the United States, Title 35 of the United States Code. Oura admits that certain of Counterclaim-Plaintiff Ultrahuman's counterclaims contain assertions of patent infringement counterclaims against Oura. Oura denies that it has infringed any valid patent.

9. Oura admits that certain of Counterclaim-Plaintiffs' counterclaims purport to seek a declaration pursuant to the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202. Oura admits

that certain of Counterclaim-Plaintiffs' counterclaims contain assertions of counterclaims for declaratory judgment. Oura denies that it has infringed any valid patent.

**Declaratory Judgment**

10. Oura admits the allegations in Paragraph 10 of Counterclaim-Plaintiffs' Counterclaims.

11. Oura admits the allegations in Paragraph 11 of Counterclaim-Plaintiffs' Counterclaims.

12. Oura admits that an actual, substantial, and justiciable controversy exists between Counterclaim-Plaintiffs and Oura based on Counterclaim-Plaintiffs' infringement of the Patents-in-Suit as set forth in Oura's Complaint. Except as expressly admitted, Oura denies the remaining allegations of Paragraph 12.

**Patent Infringement**

13. Oura admits that it is involved in the design, manufacture, import, sale, and offering for sale of the Oura Ring 4 and Oura Ring 4 Ceramic, and associated software. Except as expressly admitted, Oura denies the remaining allegations of Paragraph 13.

14. Oura denies the allegations in Paragraph 14 of Counterclaim-Plaintiffs' Counterclaims.

## JURISDICTION AND VENUE

15. Oura incorporates Paragraphs 1-14 above by reference.

16. Oura admits that this Court has subject matter jurisdiction of causes of action under 28 U.S.C. §§ 1331 and 1338(a), the patent laws of the United States set forth at 35 U.S.C. § 1 *et seq*., and the Declaratory Judgement Act, 28 U.S.C. §§ 2201 and 2202. Except as expressly admitted, Oura denies any and all remaining allegations in Paragraph 16.

17. In response to Paragraph 17 of Counterclaim-Plaintiffs' Counterclaims, solely for the purpose of the above-captioned action, and with respect to the specific allegations in Counterclaim-Plaintiffs' Counterclaims, Oura admits that the Court has personal jurisdiction over Oura. Except as expressly admitted, Oura denies any and all remaining allegations in Paragraph 17.

18. In response to Paragraph 18 of Counterclaim-Plaintiffs' Counterclaims, solely for the purpose of the above-captioned action, and with respect to the specific allegations in Counterclaim-Plaintiffs' Counterclaims, Oura admits that venue is proper in this Court. Except as expressly admitted, Oura denies any and all remaining allegations in Paragraph 18.

## FACTUAL BACKGROUND

19. Oura incorporates Paragraphs 1-18 above by reference.

20. Oura is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20 of Counterclaim-Plaintiffs' Counterclaims and, on that basis, denies all such allegations.

21. Oura is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21 of Counterclaim-Plaintiffs' Counterclaims and, on that basis, denies all such allegations.

22. Oura is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22 of Counterclaim-Plaintiffs' Counterclaims and, on that basis, denies all such allegations.

### The Ultrahuman Patents

23. Oura is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23 of Counterclaim-Plaintiffs' Counterclaims and, on that basis, denies all such allegations.

24. Oura admits that Exhibit A attached to Counterclaim-Plaintiffs' Counterclaims purports to be a copy of U.S. Patent No. 8,496,597. Oura admits that the face of the patent attached as Exhibit A to Counterclaim-Plaintiffs' Counterclaims is entitled "Method of Detecting and Predicting Ovulation and the Period of Fertility" and is purported to have issued on July 30, 2013. Except as expressly admitted, Oura denies any and all remaining allegations in Paragraph 24.

25. Oura is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25 of Counterclaim-Plaintiffs' Counterclaims and, on that basis, denies all such allegations.

26. Oura admits that Exhibit B attached to Counterclaim-Plaintiffs' Counterclaims purports to be a copy of U.S. Patent No. 9,155,522. Oura admits that the face of the patent attached as Exhibit B to Counterclaim-Plaintiffs' Counterclaims is entitled "Method of Detecting and Predicting Ovulation and the Period of Fertility" and is purported to have issued on October 13, 2015. Except as expressly admitted, Oura denies any and all remaining allegations in Paragraph 26.

27. Oura is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 27 of Counterclaim-Plaintiffs' Counterclaims and, on that basis, denies all such allegations.

28. Oura admits that Exhibit C attached to Counterclaim-Plaintiffs' Counterclaims purports to be a copy of U.S. Patent No. 9,155,523. Oura admits that the face of the patent attached as Exhibit C to Counterclaim-Plaintiffs' Counterclaims is entitled "Method of Detecting and Predicting Ovulation and the Period of Fertility" and is purported to have issued on October 13, 2015. Except as expressly admitted, Oura denies any and all remaining allegations in Paragraph 28.

29. Oura is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 29 of Counterclaim-Plaintiffs' Counterclaims and, on that basis, denies all such allegations.

**Oura's Infringing Activities**

30. Oura admits that it is involved in the development, manufacture, sale, offer to sell, and import into the United States of the Oura Ring 4 and Oura Ring 4 Ceramic, and associated software, including the Oura software application and/or Cycle Insights software. Except as expressly admitted, Oura denies the remaining allegations of Paragraph 30.

31. Oura admits that Counterclaim-Plaintiff Ultrahuman has identified the Oura Ring 4 and Oura Ring 4 Ceramic, and the associated software operation of Cycle Insights via the Oura mobile application as accused instrumentalities. Oura denies that it has infringed any valid patent. Except as expressly admitted, Oura denies the remaining allegations of Paragraph 31.

32. Oura admits that the Oura Ring 4 is a smart ring device providing information relevant to the health of a user wearing the device.

33. Oura admits that the excerpt shown in Paragraph 33 purports to be from the cited website. Oura admits that excerpt relates to "Tech Specifications" and contains the language "Digital sensor measures temperature trends." Except as expressly admitted, Oura denies the remaining allegations of Paragraph 33.

34. Oura admits that the Oura Ring 4 Ceramic is a smart ring device providing information relevant to the health of a user wearing the device. Except as expressly admitted, Oura denies the remaining allegations of Paragraph 34.

35. Oura admits that the excerpt shown in Paragraph 35 purports to be from the cited website. Oura admits that the excerpt relates to "Women's Health" and contains language "Cycle

Insights" and "Period Prediction." Except as expressly admitted, Oura denies the remaining allegations of Paragraph 35.

36. Oura admits that the excerpt shown in Paragraph 36 purports to be from the cited website. Oura admits the excerpt refers to partners and integration with birth control and fertility apps. Except as expressly admitted, Oura denies the remaining allegations of Paragraph 36.

37. Oura admits that the website https://www.jmir.org/2025/1/e60667 contains an article titled "Oura Ring as a Tool for Ovulation Detection: Validation Analysis." Oura admits that an article titled "Oura Ring as a Tool for Ovulation Detection: Validation Analysis" was published on January 31, 2025 in the Journal of Medical Internet Research. Oura admits that the listed authors for the article are Nina Thigpen, PhD, Shyamel Patel, PhD, and Xi Zhang, PhD. Oura admits that the language quoted in Paragraph 37 of Counterclaim-Plaintiffs' Counterclaims appear in the article. Oura denies any mischaracterization of such article. Except as expressly admitted, Oura denies the remaining allegations of Paragraph 37.

**Ultrahuman's Non-Infringement and the Invalidity of the Oura Patents**

38. Paragraph 38 does not state a factual allegation and accordingly, Oura is not required to provide a response. To the extent a response is required, Oura admits that Counterclaim Plaintiffs purport to make assertions in the paragraphs following Paragraph 38.

39. Oura admits the allegations in Paragraph 39 of Counterclaim-Plaintiffs' Counterclaims.

40. Oura admits the allegations in Paragraph 40 of Counterclaim-Plaintiffs' Counterclaims.

41. Oura admits the allegations in Paragraph 41 of Counterclaim-Plaintiffs' Counterclaims.

42. Oura admits that it seeks monetary damages based on its allegations of patent infringement. Except as expressly admitted, Oura denies the remaining allegations of Paragraph 42.

43. Oura admits that Counterclaim-Plaintiffs deny that that they have infringed or are infringing any valid and enforceable claim of the Patents-in-Suit. Oura denies that Counterclaim-Plaintiffs have not infringed the Patents-in-Suit or that the Patents-in-Suit are not valid and enforceable.

44. Oura admits that a justiciable controversy exists between Counterclaim-Plaintiffs and Oura based on Counterclaim-Plaintiffs' infringement of the Patents-in-Suit as set forth in Oura's Complaint. Except as expressly admitted, Oura denies the remaining allegations of Paragraph 44.

**COUNT I – INFRINGEMENT OF U.S. PATENT NO. 8,496,597**

45. Oura incorporates Paragraphs 1-44 above by reference.

46. Oura admits that Counterclaim-Plaintiff Ultrahuman purports to assert a counterclaim against Counterclaim-Defendant for infringement of U.S. Patent No. 8,496,597. Oura denies that it has infringed any valid patent.

47. Oura admits that the '597 Patent attached as Exhibit A to the Counterclaim-Plaintiffs' Counterclaims appears to contain the quoted language. Oura is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 47 of Counterclaim-Plaintiffs' Counterclaims and, on that basis, denies all such allegations.

48. Oura denies the allegations in Paragraph 48 of Counterclaim-Plaintiffs' Counterclaims.

49. Oura admits that the website link cited in Paragraph 49 exists and that the cited website appears to contain the quoted language. Oura denies any mischaracterization of such source. Except as expressly admitted, Oura denies the remaining allegations of Paragraph 49.

50. Oura admits that the website links cited in Paragraph 50 exist and that the cited websites appear to contain the quoted language. Oura denies any mischaracterization of such sources. Except as expressly admitted, Oura denies the remaining allegations of Paragraph 50.

51. Oura admits that the website links cited in Paragraph 51 exist and that the cited websites appear to contain the quoted language. Oura denies any mischaracterization of such sources. Except as expressly admitted, Oura denies the remaining allegations of Paragraph 51.

52. Oura admits that the website links cited in Paragraph 52 exist and that the cited websites appear to contain the quoted language. Oura denies any mischaracterization of such sources. Except as expressly admitted, Oura denies the remaining allegations of Paragraph 52.

53. Oura admits that the website links cited in Paragraph 53 exist. Oura admits that the cited website https://support.ouraring.com/hc/en-us/articles/30561106990227-Fertile-Window-User-Manual# h_01J0V5CWR156B0485JJY9QEYDW contains the quoted language in Paragraph 53. Oura admits that the screenshot directed to "How Does Oura Estimate Ovulation?" appears on the website https://ouraring.com/blog/what-is-fertile-window/?srsltid=AfmBOoqo4VNnh1v8OqMHNi_0rAal9cik0HY4zObHECeMIbUooBdN_wE3. Oura denies any mischaracterization of the cited websites. Except as expressly admitted, Oura denies the remaining allegations of Paragraph 53.

54. Oura admits that the website links cited in Paragraph 54 exist and that the cited websites appear to contain the quoted language. Oura denies any mischaracterization of such sources. Except as expressly admitted, Oura denies the remaining allegations of Paragraph 54.

55. Oura admits that the website links cited in Paragraph 55 exist and that the cited websites appear to contain the quoted language. Oura denies any mischaracterization of such sources. Except as expressly admitted, Oura denies the remaining allegations of Paragraph 55.

56. Oura admits that it has partnered with Progyny, Inc., NaturalCycles Nordic AB, BioWink GmbH (d/b/a Clue), and Flo Health UK Limited. Except as expressly admitted, Oura denies the remaining allegations of Paragraph 56.

57. Oura denies the allegations in Paragraph 57 of Counterclaim-Plaintiffs' Counterclaims.

58. Oura denies the allegations in Paragraph 58 of Counterclaim-Plaintiffs' Counterclaims.

59. Oura denies the allegations in Paragraph 59 of Counterclaim-Plaintiffs' Counterclaims.

60. Oura denies the allegations in Paragraph 60 of Counterclaim-Plaintiffs' Counterclaims.

**COUNT II – INFRINGEMENT OF U.S. PATENT NO. 9,155,522**

61. Oura incorporates Paragraphs 1-60 above by reference.

62. Oura admits that Counterclaim-Plaintiff Ultrahuman purports to assert a counterclaim against Counterclaim-Defendant for infringement of U.S. Patent No. 9,155,522. Oura denies that it has infringed any valid patent.

63. Oura admits that the '522 Patent attached as Exhibit B to the Counterclaim-Plaintiffs' Counterclaims appears to contain the quoted language. Oura is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 63 of Counterclaim-Plaintiffs' Counterclaims and, on that basis, denies all such allegations.

64. Oura denies the allegations in Paragraph 64 of Counterclaim-Plaintiffs' Counterclaims.

65. Oura admits that the website links cited in Paragraph 65 exist and that the cited websites appear to contain the quoted language. Oura denies any mischaracterization of such sources. Except as expressly admitted, Oura denies the remaining allegations of Paragraph 65.

66. Oura admits that the website links cited in Paragraph 66 exist and that the cited websites appear to contain the quoted language and excerpted picture, with the exception of "[e]very minute, Oura's temperature sensor measures your temperature." Oura denies that this quote appears in the cited website. Oura denies any mischaracterization of such sources. Except as expressly admitted, Oura denies the remaining allegations of Paragraph 66.

67. Oura admits that the website link cited in Paragraph 67 exists and that the cited website appears to contain the quoted language. Oura denies any mischaracterization of such source. Except as expressly admitted, Oura denies the remaining allegations of Paragraph 67.

68. Oura admits that Counterclaim-Plaintiffs purport to provide a screenshot of "Cycle Insights." Oura further admits that the website link cited exists, but denies that the excerpted screenshot is from the website. Oura denies any mischaracterization of the cited source. Except as expressly admitted, Oura denies the remaining allegations of Paragraph 68.

69. Oura denies the allegations in Paragraph 69 of Counterclaim-Plaintiffs' Counterclaims.

70. Oura admits that the website links cited in Paragraph 70 exist and that the cited websites appear to contain the quoted language. Oura denies any mischaracterization of such sources. Except as expressly admitted, Oura denies the remaining allegations of Paragraph 70.

71. Oura denies that the provided website link, https://support.ouraring.com/hc/en-us/article_attachments/40332888363283, leads to an active website. Oura admits that the website link, https://support.ouraring.com/hc/en-us/articles/30561106990227-Fertile-Window-User-Manual#h_01J0V5CWR156B0485JJY9QEYDW, exists and addresses a "Predictions section." Oura admits that the excerpted screenshot appears on the cited website, https://ouraring.com/blog/what-is-fertile-window/?srsltid=AfmBOoqo4VNnh1v8OqMHNi_0rAal9cik0HY4zObHECeMIbUooBdN_wE3. Oura denies that such website contains the quotes "On days when you're in your Estimated Fertile Window, your 'Chance of conception' will be marked as 'High,' accompanied by an icon of a meter with a high reading" or "Once ovulation has been detected, your confirmed ovulation day will be marked on the bottom of your temperature graph with a solid white icon of an egg." Oura denies any mischaracterization of the cited sources. Except as expressly admitted, Oura denies the remaining allegations of Paragraph 71.

72. Oura admits that it has partnered with Progyny, Inc., NaturalCycles Nordic AB, BioWink GmbH (d/b/a Clue), and Flo Health UK Limited. Except as expressly admitted, Oura denies the remaining allegations of Paragraph 72.

73. Oura denies the allegations in Paragraph 73 of Counterclaim-Plaintiffs' Counterclaims.

74. Oura denies the allegations in Paragraph 74 of Counterclaim-Plaintiffs' Counterclaims.

75. Oura denies the allegations in Paragraph 75 of Counterclaim-Plaintiffs' Counterclaims.

76. Oura denies the allegations in Paragraph 76 of Counterclaim-Plaintiffs' Counterclaims.

**COUNT III – INFRINGEMENT OF U.S. PATENT NO. 9,155,523**

77. Oura incorporates Paragraphs 1-76 above by reference.

78. Oura admits that Counterclaim-Plaintiff Ultrahuman purports to assert a counterclaim against Counterclaim-Defendant for infringement of U.S. Patent No. 9,155,523. Oura denies that it has infringed any valid patent.

79. Oura admits that the '523 Patent attached as Exhibit C to the Counterclaim-Plaintiffs' Counterclaims appears to contain the quoted language. Oura is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 79 of Counterclaim-Plaintiffs' Counterclaims and, on that basis, denies all such allegations.

80. Oura denies the allegations in Paragraph 80 of Counterclaim-Plaintiffs' Counterclaims.

81. Oura admits that the website links cited in Paragraph 81 exist and that the cited websites appear to contain the quoted language. Oura denies any mischaracterization of such sources. Except as expressly admitted, Oura denies the remaining allegations of Paragraph 81.

82. Oura admits that the website links cited in Paragraph 82 exist and that the cited websites appear to contain the quoted language and excerpted picture, with the exception of "[e]very minute, Oura's temperature sensor measures your temperature" and "deidentified and anonymous." Oura denies that these quotes appear in the cited websites. Oura denies any mischaracterization of the cited sources. Except as expressly admitted, Oura denies the remaining allegations of Paragraph 82.

83. Oura admits that the website links cited in Paragraph 83 exist and that the cited websites appear to contain the quoted language. Oura denies any mischaracterization of such sources. Except as expressly admitted, Oura denies the remaining allegations of Paragraph 83.

84. Oura admits that the website link, https://ouraring.com/blog/how-oura-measures-temperature/, exists and contains the quote "data points to provide you with a single value that best represents your night." Oura denies that such website contains the quote "[e]very minute, Oura's temperature sensor measures your temperature." Oura denies that the excerpted screenshot is from the website, https://support.ouraring.com/hc/en-us/articles/4410663885331-Cycle-Insights. Oura denies any mischaracterization of the cited sources. Except as expressly admitted, Oura denies the remaining allegations of Paragraph 84.

85. Oura admits that the website links cited in Paragraph 85 exist and that the cited websites appear to contain the quoted language. Oura denies any mischaracterization of such sources. Except as expressly admitted, Oura denies the remaining allegations of Paragraph 85.

86. Oura admits that the website links cited in Paragraph 86 exist and that the cited websites appear to contain the quoted language and excerpted screenshot. Oura denies any mischaracterization of such sources. Except as expressly admitted, Oura denies the remaining allegations of Paragraph 86.

87. Oura denies the allegations in Paragraph 87 of Counterclaim-Plaintiffs' Counterclaims.

88. Oura admits that it has partnered with Progyny, Inc., NaturalCycles Nordic AB, BioWink GmbH (d/b/a Clue), and Flo Health UK Limited. Except as expressly admitted, Oura denies the remaining allegations of Paragraph 88.

89. Oura denies the allegations in Paragraph 89 of Counterclaim-Plaintiffs' Counterclaims.

90. Oura denies the allegations in Paragraph 90 of Counterclaim-Plaintiffs' Counterclaims.

91. Oura denies the allegations in Paragraph 91 of Counterclaim-Plaintiffs' Counterclaims.

92. Oura denies the allegations in Paragraph 92 of Counterclaim-Plaintiffs' Counterclaims.

**COUNT IV – DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NO. 12,393,228**

93. Oura incorporates Paragraphs 1-92 above by reference.

94. Oura admits the allegations in Paragraph 94 of Counterclaim-Plaintiffs' Counterclaims.

95. Oura denies the allegations in Paragraph 95 of Counterclaim-Plaintiffs' Counterclaims.

96. Oura admits that an actual controversy between Counterclaim-Plaintiffs and Oura exists based on Counterclaim-Plaintiffs' infringement of the '228 Patent as set forth in Oura's Complaint.

97. Oura denies the allegations in Paragraph 97 of Counterclaim-Plaintiffs' Counterclaims.

**COUNT V – DECLARATORY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 12,393,228**

98. Oura incorporates Paragraphs 1-97 above by reference.

99. Oura denies the allegations in Paragraph 99 of Counterclaim-Plaintiffs' Counterclaims.

100. Oura admits that an actual controversy between Counterclaim-Plaintiffs and Oura exists based on Counterclaim-Plaintiffs' infringement of the '228 Patent as set forth in Oura's Complaint.

101. Oura denies the allegations in Paragraph 101 of Counterclaim-Plaintiffs' Counterclaims.

**COUNT VI – DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NO. 12,393,229**

102. Oura incorporates Paragraphs 1-101 above by reference.

103. Oura admits the allegations in Paragraph 103 of Counterclaim-Plaintiffs' Counterclaims.

104. Oura denies the allegations in Paragraph 104 of Counterclaim-Plaintiffs' Counterclaims.

105. Oura admits that an actual controversy between Counterclaim-Plaintiffs and Oura exists based on Counterclaim-Plaintiffs' infringement of the '229 Patent as set forth in Oura's Complaint.

106. Oura denies the allegations in Paragraph 106 of Counterclaim-Plaintiffs' Counterclaims.

**COUNT VII – DECLARATORY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 12,393,229**

107. Oura incorporates Paragraphs 1-106 above by reference.

108. Oura denies the allegations in Paragraph 108 of Counterclaim-Plaintiffs' Counterclaims.

109. Oura admits that an actual controversy between Counterclaim-Plaintiffs and Oura exists based on Counterclaim-Plaintiffs' infringement of the '229 Patent as set forth in Oura's Complaint.

110. Oura denies the allegations in Paragraph 110 of Counterclaim-Plaintiffs' Counterclaims.

**COUNT VIII – DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NO. 12,399,530**

111. Oura incorporates Paragraphs 1-110 above by reference.

112. Oura admits the allegations in Paragraph 112 of Counterclaim-Plaintiffs' Counterclaims.

113. Oura denies the allegations in Paragraph 113 of Counterclaim-Plaintiffs' Counterclaims.

114. Oura admits that an actual controversy between Counterclaim-Plaintiffs and Oura exists based on Counterclaim-Plaintiffs' infringement of the '530 Patent as set forth in Oura's Complaint.

115. Oura denies the allegations in Paragraph 115 of Counterclaim-Plaintiffs' Counterclaims.

**COUNT IX – DECLARATORY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 12,399,530**

116. Oura incorporates Paragraphs 1-115 above by reference.

117. Oura denies the allegations in Paragraph 117 of Counterclaim-Plaintiffs' Counterclaims.

118. Oura admits that an actual controversy between Counterclaim-Plaintiffs and Oura exists based on Counterclaim-Plaintiffs' infringement of the '530 Patent as set forth in Oura's Complaint.

119. Oura denies the allegations in Paragraph 119 of Counterclaim-Plaintiffs' Counterclaims.

**COUNT X – DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NO. 12,399,531**

120. Oura incorporates Paragraphs 1-119 above by reference

121. Oura admits the allegations in Paragraph 121 of Counterclaim-Plaintiffs' Counterclaims.

122. Oura denies the allegations in Paragraph 122 of Counterclaim-Plaintiffs' Counterclaims.

123. Oura admits that an actual controversy between Counterclaim-Plaintiffs and Oura exists based on Counterclaim-Plaintiffs' infringement of the '531 Patent as set forth in Oura's Complaint.

124. Oura denies the allegations in Paragraph 124 of Counterclaim-Plaintiffs' Counterclaims.

**COUNT XI – DECLARATORY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 12,399,531**

125. Oura incorporates Paragraphs 1-124 above by reference.

126. Oura denies the allegations in Paragraph 126 of Counterclaim-Plaintiffs' Counterclaims.

127. Oura admits that an actual controversy between Counterclaim-Plaintiffs and Oura exists based on Counterclaim-Plaintiffs' infringement of the '531 Patent as set forth in Oura's Complaint.

128. Oura denies the allegations in Paragraph 128 of Counterclaim-Plaintiffs' Counterclaims.

**COUNT XII – DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NO. 12,222,759**

129. Oura incorporates Paragraphs 1-128 above by reference.

130. Oura admits the allegations in Paragraph 130 of Counterclaim-Plaintiffs' Counterclaims.

131. Oura denies the allegations in Paragraph 131 of Counterclaim-Plaintiffs' Counterclaims.

132. Oura admits that an actual controversy between Counterclaim-Plaintiffs and Oura exists based on Counterclaim-Plaintiffs' infringement of the '759 Patent as set forth in Oura's Complaint.

133. Oura denies the allegations in Paragraph 133 of Counterclaim-Plaintiffs' Counterclaims.

**COUNT XIII – DECLARATORY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 12,222,759**

134. Oura incorporates Paragraphs 1-133 above by reference.

135. Oura denies the allegations in Paragraph 135 of Counterclaim-Plaintiffs' Counterclaims.

136. Oura admits that an actual controversy between Counterclaim-Plaintiffs and Oura exists based on Counterclaim-Plaintiffs' infringement of the '759 Patent as set forth in Oura's Complaint.

137. Oura denies the allegations in Paragraph 137 of Counterclaim-Plaintiffs' Counterclaims.

**[COUNTERCLAIM-PLAINTIFFS'] PRAYER FOR RELIEF ON COUNTERCLAIMS**

Oura denies the Counterclaim-Plaintiffs are entitled to any relief from Oura, including the relief set forth in Counterclaim-Plaintiff's Prayer for Relief on Counterclaims, at least because the claims of the '597, '522, and '523 patents are neither valid and enforceable nor infringed by Oura and because the claims of Oura's '228, '229, '530, '531, and '759 patents are valid and infringed

by Counterclaim-Plaintiffs. Oura further denies all allegations set forth in Counterclaim-Plaintiff's Prayer for Relief. Oura specifically denies that it has infringed, either literally and/or under the doctrine of equivalents, the ’597, ’522, or ’523 patents. Oura further specifically denies that the ’228, ’229, ’530, ’531, and ’759 patents have not been infringed by Counterclaim-Plaintiffs and that such patents are invalid. Oura further denies that Counterclaim-Plaintiffs are entitled to damages, costs, expenses, or pre-judgment and post-judgment interest. Oura further denies that this is an exceptional case within the meaning of 35 U.S.C. §§ 284 and 285 and Rule 54(d) of the Federal Rules of Civil Procedure such that Counterclaim-Plaintiffs would be entitled to attorneys' fees. Oura further denies that Counterclaim-Plaintiffs are entitled to a permanent injunction. Oura further denies that any other relief to Counterclaim-Plaintiffs is appropriate or just.

## JURY TRIAL DEMANDED

Oura hereby demands a trial by jury.

## DENIAL OF ANY REMAINING ALLEGATIONS

Except as specifically admitted herein, Oura denies any remaining allegation in Counterclaim-Plaintiffs' Counterclaims.

## AFFIRMATIVE DEFENSES

Subject to the responses above, Oura alleges and asserts the following defenses in response to the allegations in Counter-Plaintiff Ultrahuman's Counterclaims, undertaking the burden of proof only as to those defenses deemed affirmative defenses by law, regardless of how such defenses are denominated herein. In addition to the affirmative defenses described below, subject to its responses above, Oura specifically reserves all rights to allege additional affirmative defenses that become known through the course of discovery.

**FIRST AFFIRMATIVE DEFENSE**
**(Failure to State a Claim)**

The Counterclaim-Plaintiff Ultrahuman's Counterclaims fail to state a claim upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**
**(No Infringement)**

Oura does not infringe any valid and enforceable claim of any asserted patent in any manner or under any theory of infringement, including under 35 U.S.C. § 271(a), (b), (c), and/or (f), literally or under the doctrine of equivalents, directly or indirectly, willfully or otherwise, including pursuant to the doctrines of joint or divided infringement. Oura has not performed any act and is not proposing to perform any act in violation of any rights validly belonging to Plaintiff.

**THIRD AFFIRMATIVE DEFENSE**
**(Invalidity)**

The asserted claims of the asserted patents are invalid for failure to satisfy the requirements of 35 U.S.C. § 100, *et seq*., including but not limited to one or more of the following: 35 U.S.C. §§ 101, 102, 103, 111, 112, 116, 132, and/or 251 and the judicial doctrine of obvious-type double patenting.

**FOURTH AFFIRMATIVE DEFENSE**
**(Limitation on Damages)**

Counterclaim-Plaintiff Ultrahuman's claims for damages are statutorily limited under 35 U.S.C. §§ 286 and 287.

**FIFTH AFFIRMATIVE DEFENSE**
**(Prosecution History Estoppel and Disclaimer)**

Counterclaim-Plaintiff Ultrahuman's claims are barred in whole or in part by the doctrines of prosecution history estoppel and/or prosecution disclaimer.

**SIXTH AFFIRMATIVE DEFENSE**
**(Waiver, Unenforceability, and Estoppel)**

Counterclaim-Plaintiff Ultrahuman is barred or limited from recovery in whole or in part under principles of equity by the doctrines of estoppel, waiver, acquiescence, patent misuse, and/or unclean hands.

**SEVENTH AFFIRMATIVE DEFENSE**
**(Standing)**

To the extent Counterclaim-Plaintiff Ultrahuman lacks all substantive rights to bring suit and to exclude others from practicing the claims of one or more of the’597, ’522, and/or ’523 Patents, Counterclaim-Plaintiff Ultrahuman’s claims are barred by a lack of standing.

**EIGHTH AFFIRMATIVE DEFENSE**
**(Ensnarement)**

Counterclaim-Plaintiff Ultrahuman’s claims are barred or limited in whole or in part by the doctrine of ensnarement.

**NINTH AFFIRMATIVE DEFENSE**
**(License Express or Implied and/or Patent Exhaustion)**

Counterclaim-Plaintiff Ultrahuman’s claims are barred in whole or in part by the doctrines of patent exhaustion, license, and/or the prohibition on double recovery.

**TENTH AFFIRMATIVE DEFENSE**
**(Intervening Rights)**

Counterclaim-Plaintiff Ultrahuman’s claims for relief are barred, in whole or in part, by the doctrines of absolute and equitable intervening rights, 35 U.S.C. §§ 252 and 307.

**RESERVATION OF AFFIRMATIVE DEFENSES**

Oura hereby reserves the right to supplement its affirmative defenses as discovery proceeds in this case.

## OURA'S COUNTERCLAIMS FOR DECLARATORY RELIEF

Pursuant to Rule 13 of the Federal Rules of Civil Procedure, Ouraring, Inc. ("Oura") ("Oura" or "Counter-Counterclaim-Plaintiff"), hereby asserts the following Counterclaims to Ultrahuman Healthcare LLC's ("Ultrahuman" or "Counter-Counterclaim-Defendant") Counterclaims as follows:

### Nature of the Action

1. These Counterclaims seek a declaration pursuant to the Federal Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, that Oura does not infringe any valid and enforceable claim of United States Patent Nos. 8,496,597 (the "'597 Patent"), 9,155,522 (the "'522 Patent"), and 9,155,523 (the "'523 Patent"), (collectively, the "Ultrahuman Patents-in-Suit") and that the Ultrahuman Patents-in-Suit are invalid.

### Parties

2. Ouraring, Inc. is a Delaware corporation with its principal place of business at 222 Kearny Street, San Francisco, California 94108.

3. Ouraring, Inc. is a wholly owned subsidiary of Oura Health Oy, a Finnish company founded in 2013.

4. Based on Paragraph 1 of the Counterclaims, Ultrahuman Healthcare LLC is a limited liability company organized and existing under the laws of the State of Delaware, with a principal place of business at 8 The Green, 7640 Dover, Delaware 19901.

**Jurisdiction and Venue**

5. This Court has subject matter jurisdiction over these Counterclaims pursuant to 28 U.S.C. §§ 1331 and 1338(a), the patent laws of the United States set forth at 35 U.S.C. § 1 *et seq*., and the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202.

6. Personal jurisdiction over Ultrahuman is proper because, inter alia, Ultrahuman has consented to the personal jurisdiction of this Court by raising its counterclaims for patent infringement in this judicial district. Furthermore, based on Paragraph 24 of the Ultrahuman's Answer and Affirmative Defenses to Plaintiff's Complaint, Ultrahuman has stated that it does not contest personal jurisdiction for purposes of this litigation.

7. Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b) and 1391(c).

**COUNT ONE**
**Declaration of Non-Infringement of the '597 Patent**

8. Oura repeats, realleges, and incorporates by reference its allegations in each of the foregoing paragraphs of its Counterclaims as if fully set forth herein.

9. By virtue of Ultrahuman's filing of the Counterclaims herein, an actual case or controversy exists between Oura and Ultrahuman with respect to Oura's alleged infringement of the '597 Patent.

10. Oura has not infringed and does not infringe any valid, enforceable claim of the '597 Patent, either literally or under the doctrine of equivalents.

11. Oura is entitled to a judicial declaration and order that it has not infringed and does not infringe any valid, enforceable claim of the '597 Patent, either literally or under the doctrine of equivalents.

**COUNT TWO**
**Declaration of Invalidity of the '597 Patent**

12. Oura repeats, realleges, and incorporates by reference its allegations in each of the foregoing paragraphs of its Counterclaims as if fully set forth herein.

13. By virtue of Ultrahuman's filing of the Counterclaims herein, an actual case or controversy exists between Oura and Ultrahuman regarding the validity of the '597 Patent.

14. The claims of the '597 Patent are invalid for failure to satisfy one or more of the provisions in Title 35 of the United States Code, including without limitation §§ 101, 102, 103, and/or 112.

15. Oura is entitled to a judicial declaration and order that the '597 Patent is invalid.

**COUNT THREE**
**Declaration of Non-Infringement of the '522 Patent**

16. Oura repeats, realleges, and incorporates by reference its allegations in each of the foregoing paragraphs of its Counterclaims as if fully set forth herein.

17. By virtue of Ultrahuman's filing of the Counterclaims herein, an actual case or controversy exists between Oura and Ultrahuman with respect to Oura's alleged infringement of the '522 Patent.

18. Oura has not infringed and does not infringe any valid, enforceable claim of the '522 Patent, either literally or under the doctrine of equivalents.

19. Oura is entitled to a judicial declaration and order that it has not infringed and does not infringe any valid, enforceable claim of the '522 Patent, either literally or under the doctrine of equivalents.

**COUNT FOUR**
**Declaration of Invalidity of the ’522 Patent**

20. Oura repeats, realleges, and incorporates by reference its allegations in each of the foregoing paragraphs of its Counterclaims as if fully set forth herein.

21. By virtue of Ultrahuman’s filing of the Counterclaims herein, an actual case or controversy exists between Oura and Ultrahuman regarding the validity of the ’522 Patent.

22. The claims of the ’522 Patent are invalid for failure to satisfy one or more of the provisions in Title 35 of the United States Code, including without limitation §§ 101, 102, 103, and/or 112.

23. Oura is entitled to a judicial declaration and order that the ’522 Patent is invalid.

**COUNT FIVE**
**Declaration of Non-Infringement of the ’523 Patent**

24. Oura repeats, realleges, and incorporates by reference its allegations in each of the foregoing paragraphs of its Counterclaims as if fully set forth herein.

25. By virtue of Ultrahuman’s filing of the Counterclaims herein, an actual case or controversy exists between Oura and Ultrahuman with respect to Oura’s alleged infringement of the ’523 Patent.

26. Oura has not infringed and does not infringe any valid, enforceable claim of the ’523 Patent, either literally or under the doctrine of equivalents.

27. Oura is entitled to a judicial declaration and order that it has not infringed and does not infringe any valid, enforceable claim of the ’523 Patent, either literally or under the doctrine of equivalents.

**COUNT SIX**
**Declaration of Invalidity of the ’523 Patent**

28. Oura repeats, realleges, and incorporates by reference its allegations in each of the foregoing paragraphs of its Counterclaims as if fully set forth herein.

29. By virtue of Ultrahuman’s filing of the Counterclaims herein, an actual case or controversy exists between Oura and Ultrahuman regarding the validity of the ’523 Patent.

30. The claims of the ’523 Patent are invalid for failure to satisfy one or more of the provisions in Title 35 of the United States Code, including without limitation §§ 101, 102, 103, and/or 112.

31. Oura is entitled to a judicial declaration and order that the ’523 Patent is invalid.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, Counterclaim-Defendant, and Counter-Counterclaim-Plaintiff Oura prays for judgment in its favor and against Defendants, Counterclaim-Plaintiffs, and Counter-Counterclaim Defendant Ultrahuman providing that:

a) Ultrahuman and SVTronics take nothing by way of their Counterclaims;

b) The Court enter judgment in favor of Oura and against Ultrahuman on Ultrahuman’s Counterclaims, thereby dismissing the Counterclaims in their entirety with prejudice, and deny Ultrahuman all requested relief;

c) The Court find that the asserted claims of the asserted Ultrahuman ’597, ’522, and ’523 Patents are invalid and/or unenforceable;

d) The Court find that Oura has not infringed, literally or under the doctrine of equivalents, directly or indirectly, willfully or otherwise, any valid claim of the asserted Ultrahuman ’597, ’522, and ’523 Patents;

e) The Court find that Ultrahuman cannot recover any damages from Oura for any infringement of any of the asserted Ultrahuman ’597, ’522, and ’523 Patents and is not entitled to injunctive relief;

f) A judgment declaring that Ultrahuman and SVTronics have infringed and are infringing one or more claims of the ’228, ’229, ’530, ’531, and ’759 Patents, literally and/or under the doctrine of equivalents;

g) A judgment declaring that Ultrahuman and SVTronics have indirectly infringed and are infringing one or more claims of the ’228, ’229, ’530, ’531, and ’759 Patents, literally and/or under the doctrine of equivalents;

h) A declaration that the ’228, ’229, ’530, ’531, and ’759 Patents are not invalid;

i) A judgment awarding Oura damages to be paid by Ultrahuman and SVTronics adequate to compensate Oura for Ultrahuman and SVTronics’s past infringement of the ’228, ’229, ’530, ’531, and ’759 Patents, and any continuing or future infringement through the date such judgment is entered, including interest, costs, expenses, and an accounting of all infringing acts including, but not limited to, those acts not presented at trial;

j) A judgment awarding Oura any other equitable relief which may be requested and to which Oura is entitled;

k) A declaration that this case is exceptional under 35 U.S.C. § 285;

l) An award of Oura’s reasonable attorneys’ fees;

m) A declaration that Defendants’ acts of infringement were willful;

n) An award to Oura of enhanced damages against Ultrahuman and SVTronics pursuant to 35 U.S.C. § 284;

o) An award to Oura of such further relief at law or in equity as the Court deems just and proper.

Dated: December 2, 2025

Respectfully submitted,

*/s/ Jasjit S. Vidwan*

Geoff Culbertson (Texas Bar No. 24045732)
Kelly Tidwell (Texas Bar No. 20020580)
**PATTON, TIDWELL & CULBERTSON LLP**
2800 Texas Boulevard
P.O. Box. 5398
Texarkana, Texas 75505-5398
Telephone: (903) 792-7080
Facsimile: (903) 792-8233
Email: gpc@texarkanalaw.com
Email: kbt@texarkanalaw.com

Jasjit S. Vidwan
James A. Fussell, III
Saqib J. Siddiqui
Bryan Nese
Tiffany Miller
Amanda Stephenson
Seth W. Bruneel
Courtney Krawice
Séké Godo
Paul Choi*
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006
(202) 263-3000
jvidwan@mayerbrown.com
jfussell@mayerbrown.com
ssiddqui@mayerbrown.com
bnese@mayerbrown.com
tmiller@mayerbrown.com
astephenson@mayerbrown.com
sbruneel@mayerbrown.com
ckrawice@mayerbrown.com
sgodo@mayerbrown.com
pchoi@mayerbrown.com

Robert G. Pluta
**MAYER BROWN LLP**

71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 782-0600
rpluta@mayerbrown.com

*Counsel for Plaintiff Ouraring, Inc.*
**pro hac vice forthcoming*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a) on December 2, 2025.

*/s/ Tiffany A. Miller*
Tiffany A. Miller