**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| OURARING, INC., Plaintiff | § | |
| v. | § | Civil Action No. 2:25-CV-928-JRG |
| ULTRAHUMAN HEALTHCARE LLC., Defendant. | § | **JURY TRIAL DEMANDED** |

**DEFENDANT ULTRAHUMAN'S ANSWER TO PLAINTIFF OURA'S COUNTERCLAIMS FOR DECLARATORY RELIEF**

Defendant Ultrahuman Healthcare LLC ("Ultrahuman" or "Defendant") hereby answer Plaintiff Ouraring, Inc.'s ("Oura" or "Plaintiff") Counterclaims for Declaratory Relief ("Oura Counterclaims.") Defendant denies the allegations or characterizations in the Oura Counterclaims unless expressly admitted below:

## NATURE OF THE ACTION

1. Defendant admits that the Counterclaims purport to seek a declaration pursuant to the Federal Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202. Defendant denies the remaining allegations and legal conclusions set forth in Paragraph 1 of the Oura Counterclaims.

## PARTIES

2. Defendant admits that Plaintiff purports to be a Delaware corporation with its principal place of business at 222 Kearny Street, San Francisco, California 94108.

3. Defendant admits that Plaintiff purports to be a wholly owned subsidiary of Oura Health Oy, a Finnish company.

4. Defendant admits that Ultrahuman is a limited liability company organized and existing under the laws of the State of Delaware, with a principal place of business at 8 The Green, 7640 Dover, Delaware 19901.

**JURISDICTION AND VENUE**

5. Defendant admits that this Court has subject matter jurisdiction over these Counterclaims pursuant to 28 U.S.C. §§ 1331 and 1338(a), the patent laws of the United States set forth at 35 U.S.C. § 1 *et seq.*, and the Declaratory Judgement Act, 28 U.S.C. §§ 2201 and 2202.

6. Defendant does not contest personal jurisdiction for purposes of this litigation. Defendant denies the remaining allegations set forth in Paragraph 6 of the Oura Counterclaims.

7. Defendant does not contest venue for purposes of this litigation. Defendant denies the remaining allegations in Paragraph 7 of the Oura Counterclaims.

**COUNT ONE –**
**DECLARATION OF NON-INFRINGEMENT OF THE '597 PATENT**

8. Defendant incorporates the foregoing paragraphs above by reference as if fully set forth herein.

9. Defendant admits that an actual case or controversy exists between Oura and Ultrahuman with respect to Oura's infringement of U.S. Patent No 8,496,597 (the "'597 Patent").

10. Defendant denies the allegations and legal conclusions set forth in Paragraph 10 of the Oura Counterclaims.

11. Defendant denies the allegations and legal conclusions set forth in Paragraph 11 of the Oura Counterclaims.

**COUNT TWO –**
**DECLARATION OF INVALIDITY OF THE '597 PATENT**

12. Defendant incorporates the foregoing paragraphs above by reference as if fully set forth herein.

13. Defendant admits that an actual case or controversy exists between Oura and Ultrahuman based on Oura's infringement of the '597 Patent as set forth in Ultrahuman's Counterclaims for patent infringement against Plaintiff Ouraring, Inc. ("Ultrahuman Counterclaims.")

14. Defendant denies the allegations and legal conclusions set forth in Paragraph 14 of the Oura Counterclaims.

15. Defendant denies the allegations and legal conclusions set forth in Paragraph 15 of the Oura Counterclaims.

**COUNT THREE –**
**DECLARATION OF NON-INFRINGEMENT OF THE '522 PATENT**

16. Defendant incorporates the foregoing paragraphs above by reference as if fully set forth herein.

17. Defendant admits that an actual case or controversy exists between Oura and Ultrahuman with respect to Oura's infringement of U.S. Patent No 9,155,522 (the "'522 Patent").

18. Defendant denies the allegations and legal conclusions set forth in Paragraph 18 of the Oura Counterclaims.

19. Defendant denies the allegations and legal conclusions set forth in Paragraph 19 of the Oura Counterclaims.

**COUNT FOUR –**
**DECLARATION OF INVALIDITY OF THE '522 PATENT**

20. Defendant incorporates the foregoing paragraphs above by reference as if fully set forth herein.

21. Defendant admits that an actual case or controversy exists between Oura and Ultrahuman based on Oura's infringement of the '522 Patent as set forth in the Ultrahuman Counterclaims.

22. Defendant denies the allegations and legal conclusions set forth in Paragraph 22 of the Oura Counterclaims.

23. Defendant denies the allegations and legal conclusions set forth in Paragraph 23 of the Oura Counterclaims.

**COUNT FIVE –**
**DECLARATION OF NON-INFRINGEMENT OF THE ’523 PATENT**

24. Defendant incorporates the foregoing paragraphs above by reference as if fully set forth herein.

25. Defendant admits that an actual case or controversy exists between Oura and Ultrahuman with respect to Oura’s infringement of U.S. Patent No 9,155,523 (the “’523 Patent”).

26. Defendant denies the allegations and legal conclusions set forth in Paragraph 26 of the Oura Counterclaims.

27. Defendant denies the allegations and legal conclusions set forth in Paragraph 28 of the Oura Counterclaims.

**COUNT SIX –**
**DECLARATION OF INVALIDITY OF THE ’523 PATENT**

28. Defendant incorporates the foregoing paragraphs above by reference as if fully set forth herein.

29. Defendant admits that an actual case or controversy exists between Oura and Ultrahuman based on Oura’s infringement of the ’523 Patent as set forth in the Ultrahuman Counterclaims.

30. Defendant denies the allegations and legal conclusions set forth in Paragraph 30 of the Oura Counterclaims.

31. Defendant denies the allegations and legal conclusions set forth in Paragraph 31 of the Oura Counterclaims.

32. Defendant denies that Plaintiff is entitled to any of the relief sought in paragraphs a) through o) of Plaintiff's Prayer for Relief.

33. Defendant demands a trial by jury on all issues so triable.

Dated: December 19, 2025

Respectfully submitted,

**NORTON ROSE FULBRIGHT US LLP**

By: /s/*Robert Greeson*
Robert Greeson (Texas Bar No. 24045979)
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-7932
Telephone: (214) 855-7430
Facsimile: (214) 855-8200
Email: robert.greeson@nortonrosefulbright.com

Darren Smith (Texas Bar No. 24088433)
Thayer Walmsley (Texas Bar No. 24143501)
1550 Lamar Street, Suite 2000
Houston, Texas 77010-4106
Telephone: (713) 651-8361
Facsimile: (713) 651-5246
Email: darren.smith@nortonrosefulbright.com
Email: thayer.walmsley@nortonrosefulbright.com

***Attorneys for Defendant Ultrahuman Healthcare LLC***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 19, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system. Any other counsel of record will be served in accordance with the Federal Rules of Civil Procedure.

By: /s/ *Robert Greeson*
Robert Greeson