**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| OURARING INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>ULTRAHUMAN HEALTHCARE LLC and SVTRONICS, INC.,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 2:25-CV-00928-JRG<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANTS' DESIGNATION OF LEAD COUNSEL**

Defendants Ultrahuman Healthcare LLC and SVTronics, Inc. hereby designate Robert Greeson of Norton Rose Fulbright US LLP as lead counsel in this matter. All pleadings, discovery, correspondence, and other material in this action directed to Defendants should also be served upon lead counsel at the following address:

Robert Greeson
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-7932

Dated: August 19, 2026

Respectfully submitted,

**NORTON ROSE FULBRIGHT US LLP**

By: */s/Robert Greeson*
Robert Greeson (Texas Bar No. 24045979)
James S. Renard (Texas Bar No. 16768500)
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-7932
Telephone: (214) 855-8000
Facsimile: (214) 855-8200
Email: robert.greeson@nortonrosefulbright.com
Email: james.renard@nortonrosefulbright.com

Darren Smith (Texas Bar No. 24088433)
Thayer Walmsley (Texas Bar No. 24143501)
1550 Lamar Street, Suite 2000
Houston, Texas 77010-4106
Telephone: (713) 651-8361
Facsimile: (713) 651-5246
Email: darren.smith@nortonrosefulbright.com
Email: thayer.walmsley@nortonrosefulbright.com

***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 19 2026, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

By: */s/ Robert Greeson*
Robert Greeson