**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| OURARING, INC.,<br><br>Plaintiff<br>v.<br><br>ULTRAHUMAN HEALTHCARE LLC and SVTRONICS, INC.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 2:25-CV-928-JRG-RSP |

**JOINT MOTION FOR ENTRY OF AGREED ESI ORDER**

Pursuant to the Discovery Order entered in this case (Dkt. 41), Plaintiff Ouraring, Inc. and Defendants Ultrahuman Healthcare LLC and SVTronics, Inc stipulated to negotiate in good faith on the terms of an appropriate Order Regarding E-Discovery ("ESI Order") Dkt. 41 at 12(a). Plaintiff Ouraring, Inc. and Defendants Ultrahuman Healthcare LLC and SVTronics, Inc jointly submit this motion seeking entry of the attached agreed ESI Order.

Dated: August 25, 2025

*By: Robert Greeson*

Robert Greeson (Texas Bar No. 24045979)
James S. Renard (Texas Bar No. 16768500)
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-7932
Telephone: (214) 855-7430
Facsimile: (214) 855-8200
Email:
robert.greeson@nortonrosefulbright.com
Email: james.renard@nortonrosefulbright.com

Darren Smith (Texas Bar No. 24088433)
Thayer Walmsley (Texas Bar No. 24143501)
**NORTON ROSE FULBRIGHT US LLP**
1550 Lamar Street, Suite 2000
Houston, Texas 77010-4106
Telephone: (713) 651-8361
Facsimile: (713) 651-5246
Email: darren.smith@nortonrosefulbright.com
Email:
thayer.walmsley@nortonrosefulbright.com

***Attorneys for Ultrahuman Healthcare LLC and SVTronics, Inc.***

Respectfully submitted,

*By: James A. Fussel, III*

Geoff Culbertson (Texas Bar No. 24045732)
Kelly Tidwell (Texas Bar No. 20020580)
Patton, Tidwell & Culbertson, LLP
2800 Texas Boulevard (75503)
Post Office Box 5398
Texarkana, TX 75505-5398
Telephone: (903) 792-7080
Facsimile: (903) 792-8233
gpc@texarkanalaw.com
kbt@texarkanalaw.com

Jasjit S. Vidwan
James A. Fussell, III
Saqib J. Siddiqui
Bryan Nese
Michael L. Lindinger
Tiffany Miller
Amanda Stephenson
Seth W. Bruneel
Courtney Krawice
Séké Godo
Paul Choi*
**MAYER BROWN LLP**
1999 K Street, N.W.
Washington, D.C. 20006
(202) 263-3000
jvidwan@mayerbrown.com
jfussell@mayerbrown.com
ssiddqui@mayerbrown.com
bnese@mayerbrown.com
mlindinger@mayerbrown.com
tmiller@mayerbrown.com
astephenson@mayerbrown.com
sbruneel@mayerbrown.com
ckrawice@mayerbrown.com
sgodo@mayerbrown.com
pchoi@mayerbrown.com

Robert G. Pluta
**MAYER BROWN LLP**
71 S. Wacker Drive
Chicago, IL 60606

(312) 782-0600
rpluta@mayerbrown.com
***Attorneys for Ouraring, Inc.***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 25, 2026, a true and correct copy of the above and foregoing document was served upon all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF electronic filing system in accordance with the Federal Rules of Civil Procedure.

/s/ *Robert Greeson*
Robert Greeson

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that the parties have conferred via email from on December 3, 2025, July 7, 2026, and August 17, 2026 and agreed on the relief requested herein.

/s/ *Robert Greeson*
Robert Greeson